IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

BOARD OF TRUSTEES, NATIONAL )
STABILIZATION AGREEMENT OF )
THE SHEET METAL INDUSTRY )
TRUST FUND, et al., )
    Plaintiffs, )
     )
v. )   Civil Action No. 1:10cv33
     )
GILLIS SHEET METAL, INC., )
HOLYOKE ENTERPRISES LLC, )
    Defendants. )

## JUDGMENT ORDER

Upon consideration of the September 21, 2010 Report and Recommendation of the United States Magistrate Judge designated to conduct a hearing in this matter, no objections having been filed, and upon an independent *de novo* review of the record, it is hereby **ORDERED** that the Court adopts as its own the findings of fact and recommendation of the United States Magistrate Judge, as set forth in the September 21, 2010 Report and Recommendation.

Accordingly, it is hereby **ORDERED** that judgment is **ENTERED** by default in favor of plaintiffs collectively and against defendants Gillis Sheet Metal, Inc. and Holyoke Enterprises LLC, jointly and severally, in the total amount of $62,692.91.

It is further **ORDERED** that defendants are **ENJOINED** from further violating their duties to submit complete and accurate remittance reports and to submit timely payments to plaintiffs.

The Clerk is **DIRECTED** to enter judgment pursuant to Rule 58, Fed. R. Civ. P. and to place this matter among the ended causes.

The Clerk is further **DIRECTED** to send a copy of this Judgment Order to defendants, the Magistrate Judge and all counsel of record.

Alexandria, VA  
October 12, 2010

/s/  
T. S. Ellis, III  
United States District Judge